188 So. 925

**Vanhoozer McKEE v. CITY OF HUNTS-VILLE.**

**8 Div. 822.**

Court of Appeals of Alabama.
April 11, 1939.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

181 So. 921

**Wardell McLEAN v. STATE.**

**6 Div. 247.**

Court of Appeals of Alabama.
May 17, 1938.

A. A. Carmichael, Atty. Gen., for the State.

SAMFORD, Judge.
Affirmed.

177 So. 922

**Martha, alias Mrs. J. H., McNAIR v. STATE.**

**6 Div. 218.**

Court of Appeals of Alabama.
Dec. 14, 1937.

RICE, Judge.
Affirmed.

186 So. 921

**Harrison McSHERRY v. STATE.**

**8 Div. 742.**

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

RICE, Judge.
Affirmed.

186 So. 921

**Lerman McSHERRY v. STATE.**

**8 Div. 740.**

Court of Appeals of Alabama.
Feb. 7, 1939.

Thos. S. Lawson, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.

176 So. 924

**Lester MADDOX v. STATE.**

**4 Div. 352.**

Court of Appeals of Alabama.
Nov. 9, 1937.

SAMFORD, Judge.
Affirmed.